# United States District Court
EASTERN DISTRICT OF WISCONSIN

STACY NAGAN, individually and on
behalf of all others similarly situated,

        Plaintiff,

        v.

OPTIO SOLUTIONS, LLC
d/b/a Qualia Collection Services,

        Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 19-C-170

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒ **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing and this case is DISMISSED.

Approved: s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge

Dated: August 27, 2020

GINA M. COLLETTI
Clerk of Court

s/ Cheryl A. Veazie
(By) Deputy Clerk